IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
02 SEP -9 AH 10: 43
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DENVER J. HOLLOWAY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>VICTOR SATTERLUND, and )<br>LARRY AMERSON, )<br>Defendants. ) | CV 00-TMP-1122-E |

ENTERED
SEP 0 9 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Document #97) on August 8, 2002, recommending that defendant Amerson's special report be treated as a motion for summary judgment and that said motion for summary judgment be granted. The magistrate judge further recommended that the claims against defendant Satterlund be dismissed without prejudice. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's claims against defendant Amerson and defendant Amerson is entitled to judgment as a matter of law. The Court further EXPRESSLY FINDS that defendant Amerson's motion for summary judgment (Document #68) is therefore due to be GRANTED and the claims against defendant Amerson are due to be DISMISSED WITH PREJUDICE. Further, the Court

99

EXPRESSLY FINDS that plaintiff's claims against defendant Satterlund are due to be DISMISSED WITHOUT PREJUDICE for lack of prosecution.

An appropriate order will be entered.

DATED this 5th day of September, 2002.

_____
Chief United States District Judge
U. W. Clemon